Reversed and remanded.

GREGORY, C. J., and HARWELL, FINNEY and TOAL, .JJ., concur.

---

Dan Edgar RIEGLE, Petitioner v. Karen Yvonne RIEGLE, Respondent.

(374 S. E. (2d) 498)

Supreme Court

Dec. 22, 1988.

## ORDER DISMISSING APPEAL

GREGORY, Chief Justice:

The above entitled case is pending on appeal in this Court. It now appears that Petitioner wishes to withdraw the appeal and moves the Court for an Order dismissing appeal, therefore,

IT IS ORDERED that the above captioned appeal be and hereby is dismissed.